1  JOHN L. BURRIS, Esq., SBN 69888
   ADANTE D. POINTER, Esq., SBN 236229
2  PATRICK M. BUELNA, Esq., SBN 317043
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
   john.burris@johnburrislaw.com
6  adante.pointer@johnburrislaw.com
   patrick.buelna@johnburrislaw.com
7

8  Attorneys for Plaintiff
   DESHON HUDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHON HUDSON, | CASE NO. 3:17-CV-01016-EMC (KAW) |
| Plaintiff. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER FOR DISMISSAL** |
| v. | |
| CITY OF BERKELEY, a municipal corporation; ALAN REINHARDT, individually and in his capacity as an Officer for the Berkeley Police Department; KELVIN GIBBS, individually and in his capacity as an Officer for the Berkeley Police Department; HERIBERTO DIAZ, individually and in his capacity as an Officer for the Berkeley Police Department; KEVIN KLEPPE, individually and in his capacity as an Officer for the Berkeley Police Department and, and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Berkeley Police Department, Defendants | |

IT IS HEREBY STIPULATED by and between Plaintiff DeShon Hudson and Defendants Alan Reinhard, Kelvin Gibbs, Heriberto Diaz and Kevin Kleppe by and through their respective designated counsel that Defendants Alan Reinhard, Kelvin Gibbs, Heriberto Diaz and Kevin Kleppe are dismissed from this action with prejudice pursuant to FRCP 41(a)(1).

This Stipulation of Dismissal shall apply to the action brought against Defendants Alan Reinhard, Kelvin Gibbs, Heriberto Diaz, and Kevin Kleppe only.

Each party will bear their own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: _____January 31_____, 2018

By:_____*/s/ Adante D. Pointer*_____
ADANTE D. POINTER
LAW OFFICES OF JOHN L. BURRIS
Attorneys for Plaintiff

Dated: _____January 31____, 2018

By: _____/s/ Lynne S. Bourgalt_____
LYNNE S. BOURGALT
BERKELEY CITY ATTORNEY'S OFFICE
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHON HUDSON,<br><br>  Plaintiff.<br><br>v.<br><br>CITY OF BERKELEY, a municipal corporation; ALAN REINHARDT, individually and in his capacity as an Officer for the Berkeley Police Department; KELVIN GIBBS, individually and in his capacity as an Officer for the Berkeley Police Department; HERIBERTO DIAZ, individually and in his capacity as an Officer for the Berkeley Police Department; KEVIN KLEPPE, individually and in his capacity as an Officer for the Berkeley Police Department and, and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Berkeley Police Department, Defendants | CASE NO. 3:17-CV-01016-EMC (KAW)<br><br>**[PROPOSED] ORDER FOR DISMISSAL** |

Pursuant to the parties stipulation it is hereby ORDERED that Defendants Alan Reinhard, Kelvin Gibbs, Heriberto Diaz and Kevin Kleppe are dismissed from this action with prejudice. Each party is to bear their own attorney's fees and costs.

2/2/18
_____
DATE

IT IS SO ORDERED

Judge Edward M. Chen

-3-
STIPULATION OF DISMISSAL AND [PROPOSED ORDER] – CASE NO. 3:17-CV-01016-EMC