Farimah Brown, City Attorney, SBN 201227
Lynne S. Bourgault, Deputy City Attorney, SBN 180416
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960
Email: LBourgault@cityofberkeley.info
Attorneys for Defendant CITY OF BERKELEY

JOHN L. BURRIS, Esq., SBN 69888
ADANTE D. POINTER, Esq., SBN 236229
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHON HUDSON, | No.: 17-cv-01016 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE;** |
| v. | |
| CITY OF BERKELEY, | **DEFENDANT'S REQUEST TO WITHDRAW PENDING MOTION TO DISMISS** |
| Defendant. | |

    Plaintiff Deshon Hudson and Defendant City of Berkeley, by and through their respective counsel of record, mutually agree and request that the Court continue the Case Management Conference currently scheduled for February 8, 2018 at 1:30 p.m., to March 1, 2018 at 10:30 a.m., in order to facilitate settlement of this matter.

    Additionally, Defendant City of Berkeley hereby withdraws its pending Motion to Dismiss First, Third, and Fourth Causes of Action in Plaintiff's Second Amended Complaint

---

1

STIUPLATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:17-cv-01016-EMC

Pursuant to FRCP 12(b)(6) (ECF # 40), currently set for hearing on February 8, 2018 at 1:30 p.m.

Dated: February 2, 2018  Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

By: _____/s/ Adante Pointer_____
ADANTE D. POINTER
Attorneys for Plaintiff Deshon Hudson

Dated: February 2, 2018  Respectfully submitted:

BERKELEY CITY ATTORNEY'S OFFICE

By: _____/s/ Lynne S. Bourgault_____
LYNNE S. BOURGAULT
Attorneys for Defendant City of Berkeley

**IT IS SO ORDERED**

Dated: 2/2/18 _____

Ho_____
Judge Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA