JOHN L. BURRIS, Esq., SBN 69888
ADANTE D. POINTER, Esq., SBN 236229
PATRICK M. BUELNA, Esq., SBN 317043
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
patrick.buelna@johnburrislaw.com

Attorneys for Plaintiff DESHON HUDSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeShon Hudson, | CASE NO. 17-CV-01016 EMC |
| Plaintiff. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER FOR DISMISSAL** |
| v. | |
| CITY OF BERKELEY, et al, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff DeShon Hudson and Defendant City of Berkeley by and through their designated counsel that the Defendant City of Berkeley is hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

Each party will bear their own costs and attorneys fees.

IT IS SO STIPULATED.

Dated: February 28, 2018　　　　　　　　　Respectfully submitted,

By:_____/s/ Adante D. Pointer_____
ADANTE D. POINTER
Attorneys for Plaintiff DESHON HUDSON

Dated:  February 28, 2018　　　　　　　　　Respectfully submitted,

BERKELEY CITY ATTORNEY'S OFFICE

By:_____/s/ Lynne S. Bourgault_____
LYNNE S. BOURGAULT
Attorneys for Defendant CITY OF BERKELEY

IT IS SO ORDERED.  The Clerk of the Court is directed to close this case.

_____
United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

JOHN L. BURRIS, Esq., SBN 69888
ADANTE D. POINTER, Esq., SBN 236229
PATRICK M. BUELNA, Esq., SBN 317043
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
patrick.buelna@johnburrislaw.com

Attorneys for Plaintiff DESHON HUDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DeShon Hudson, | ) CASE NO. 17-CV-01016 EMC |
|---|---|
| Plaintiff. | ) **[PROPOSED] ORDER FOR DISMISSAL** |
| v. | ) |
| CITY OF BERKELEY, et al, | ) |
| Defendant. | ) |

Pursuant to the parties' stipulation it is hereby ORDERED that Defendant City of Berkeley is dismissed from this action with prejudice.

Each party is to bear their own attorney's fees and costs.

_____    _____
DATE                                              EDWARD M. CHEN
                                                          United States District Judge